**Order entered November 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00854-CV

## IN THE ESTATE OF DARRELL G. PILGRIM, DECEASED

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-18-03648-1**

### ORDER

Before the Court is appellant's November 22, 2022 unopposed motion for an extension of time to file his opening brief. We **GRANT** the motion and extend the time to **January 6, 2023**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE